84 A.3d 294

**John WRIGHT, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 163 EM 2013.**

Supreme Court of Pennsylvania.

Jan. 16, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of January, 2014, the Application for Extraordinary Relief is **DENIED.**